IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES GARRETT,**

    Petitioner,                               **CASE NO. 2:09-CV-00767**
                                                **JUDGE FROST**
        v.                                     **MAGISTRATE JUDGE KING**

**WARDEN, ROSS CORRECTIONAL
INSTITUTION,**

    **Respondent.**

## ORDER

On November 5, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant consolidated petition under 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

                                                                /s/ Gregory L. Frost
                                                                 GREGORY L. FROST
                                                                 UNITED STATES DISTRICT JUDGE